CARPENTERS SOUTHERN CALIFOR-
NIA ADMINISTRATIVE CORP.,
Plaintiff–Appellant,

v.

J.L.M. CONSTRUCTION CO., INC.,
Defendant–Appellee.

No. 85–6338.

United States Court of Appeals,
Ninth Circuit.

March 2, 1988.

Before ANDERSON, POOLE and
THOMPSON, Circuit Judges.

ORDER VACATING OPINION AND
GRANTING PETITION FOR
REHEARING

Appellant's petition for rehearing is granted. Rehearing will be deferred pending a decision by the en banc court of this circuit in *Mesa Verde Construction Co. v. Northern California District Council of Laborers, et al.*, 820 F.2d 1006 (9th Cir. 1987), or until further order of this court.